✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                    Nevada

HARLEY Z. KULKIN

                    Plaintiff,

            V.

TOWN OF PAHRUMP, et al

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:09-CV-2261 PMP-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment be entered FOR DEFENDANTS and against PLAINTIFF as to all pending claims.

May 19, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Wood

(By) Deputy Clerk