UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| HARLEY KULKIN, | ) | 2:09-cv-02261-PMP-VCF |
|       Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TOWN OF PAHRUMP, *et al*, | ) | |
|       Defendants. | ) | |

        Before the Court for consideration is Plaintiff's Motion for Review of Taxation of Costs (Doc. #71) filed April 21, 2014. Defendant has not filed a written opposition to Plaintiff's Motion, but at the hearing conducted May 19, 2014, counsel for Defendant offered oral argument against the relief requested by Plaintiff. On that date the Court also entered Final Judgment (Doc. #73) in favor of Defendants and against Plaintiff. Hence, review of Plaintiff's Motion for Review of Taxation of Costs (Doc. #71) is now appropriate.

        By their Bill of Costs (Doc. #67) filed April 1, 2014, Defendants seek a total of $4,992.85 as and for costs. Having considered the arguments of counsel for Plaintiff set forth in the Motion for Review of Taxation (Doc. #71) and the counter arguments of counsel for Defendants presented orally at the hearing conducted May 19, 2014, the Court finds that Plaintiff's Motion for Review of Taxation of Costs (Doc. #71) should be granted in part, to the extent that the Bill of Costs presented by Defendants in this

1   case (Doc. #67) should be reduced by $3,325.80 (representing $1,881.00 for Plaintiff's
2   video-taped deposition and $1,444.80 for travel costs). As a result, costs in the sum of
3   $1,667.05 are hereby approved for award to Defendants from Plaintiff as and for costs.
4   **IT IS SO ORDERED**.

6   DATED: May 20, 2014.

_____
PHILIP M. PRO
United States District Judge